

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTIONS**

Cause number:   01-15-00808-CR & 01-15-00809-CR

Style:     Jason Robinson v. The State of Texas

Date motions filed*: April 4, 2016

Type of motion:  Third Motion for Extension of Time to File Appellant's Brief

Party filing motions: Appellant

Document to be filed: Appellant's Brief

Is appeal accelerated?   No.

If motion to extend time:

  Original due date:     February 4, 2016

  Number of extensions granted:  2   Current Due Date:  April 7, 2016

  Date Requested:     May 7, 2016 (93 days from original due date)

Ordered that motions are:
- ☑ Granted
    If document is to be filed, document due:  May 9, 2016.
     ☑  No further extensions of time will be granted.
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

Because appellant's counsel states that she needs additional time to file appellant's brief in this appeal since, among several other briefs she has been preparing, she had missed a week of work due to a medical emergency with her husband, her third extension is **granted, but counsel is warned that no further extensions will be granted** given the length of the extension.  *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d). Accordingly, if appellant's brief is not filed by **May 9, 2016**, the Court may abate this appeal for a late-brief hearing.  *See id.* 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes
      ☒  Acting individually

Date:  April 7, 2016

November 7, 2008 Revision